THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d) (2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Troy Lavern Pearson, Appellant.
 
 
 
 
 

Appeal From Sumter County
Ralph F. Cothran, Circuit Court Judge

Unpublished Opinion No. 2010-UP-042
 Submitted January 4, 2010  Filed January
26, 2010    

APPEAL DISMISSED

 
 
 
 Senior Appellate Attorney Joseph L.
 Savitz, III, South Carolina Commission of Indigent Defense, Division of
 Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Office of the Attorney General, of Columbia, Cecil Kelly
 Jackson, Third Circuit Solicitor's Office, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Troy Lavern Pearson pled guilty to one
 count of voluntary manslaughter.  Pearson appeals his sentence of thirty
 years.  Pearson's counsel attached to the brief a petition to be relieved as
 counsel, stating that he had reviewed the record and concluded this appeal
 lacks merit.  Pearson did file a pro se brief.  
After a thorough
 review of the record, counsel's brief, and Pearson's pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's
 petition to be relieved.
APPEAL DISMISSED
HUFF, A.C.J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.